

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-28-2006

# A.W. v. Jersey Cty Pub Sch

Precedential or Non-Precedential: Precedential

Docket No. 05-2553

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"A.W. v. Jersey Cty Pub Sch" (2006). *2006 Decisions.* Paper 382.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/382

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-2553

_____

A.W.

v.

THE JERSEY CITY PUBLIC SCHOOLS;
NEW JERSEY DEPARTMENT OF EDUCATION;
JEFFREY V. OSOWSKI, former Director, Division of Special Education;
BARBARA GANTWERK, Director, Office of Special Education Programs;
SILVIA ELIAS, former Executive Director of Pupil Personnel Services;
PRISCILLA PETROSKY, Associate Superintendent for Special Education;
JOHN IWANOWSKI; MARY HEPBURN; JOAN EDMISTON; DENISE BRAAK;
MARY MACEACHERN; EDWARD FAUERBACH, Learning Disabilities
Teacher-Consultants; NORMA CHRISOMALIS; GWENDOLYN JACKSON;
LINDA COLON; RONNE BASSMAN; WILLIAM RONZITTI;
ROXANNE JOHNSON, Supervisors of Special Education;
SHARNETTE GREEN, Teacher;
MELINDA ZANGRILLO, Coordinator of Compliance;
JANE DOE AND JOHN DOE (1)-(5),
all in their official and individual capacities

New Jersey Department of Education;
Jeffrey V. Osowski; Melinda Zangrillo;
Barbara Gantwerk,
Appellants

_____

On Appeal from the United States District Court
for the District of New Jersey
D.C. Civil Action No. 01-cv-00140
(Honorable Jose L. Linares)

_____

Present:  SCIRICA, *Chief Judge*,
SLOVITER, McKEE, RENDELL, BARRY, AMBRO, FUENTES,
SMITH, FISHER, VAN ANTWERPEN and CHAGARES, *Circuit Judges*

**O R D E R**

A majority of the active judges having voted for rehearing *en banc* in the

above appeal, it is ordered that the Clerk of this Court list the above case for rehearing *en*

*banc* at the convenience of the Court.

BY THE COURT,

/s/ Anthony J. Scirica

_____
*Chief Judge*

DATED:  September 28, 2006
CRG/cc: MCW, EAA, SML